

ACCEPTED
15-24-00034-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/6/2025 1:51 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/6/2025 1:51:52 PM
CHRISTOPHER A. PRINE
Clerk

TRACY M. TURNER
ATTORNEY
TEXAS STATE BAR NO. 24076743
TRACY@TEXASPROPERTYTAXATTORNEYS.COM
DIRECT 214.935.9477

May 6, 2025

*Via Electronic Service Provider*

Mr. Christopher A. Prine
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

>    Re:    *Exxon Mobil Global Services v. State Office of Administrative Hearings, et al.* No. 15-24-00034-CV, in the Fifteenth Court of Appeals

Dear Mr. Prine,

As requested by Justice Farris during oral argument on April 15, 2025, in the above-referenced case, Exxon submits this post-submission letter to provide any preexisting case law addressing classification issues heard by SOAH. Although the Texas Administrative Code provides that classification disputes may be appealed to SOAH, I have been unable to locate any case in which a school district has done so.

The ability to appeal classification errors is set out in 34 TAC § 9.101(g)(6)(C), which provides:

> Appraisers shall categorize sample properties as they are categorized by appraisal districts (Category A, B, C, etc.), unless the comptroller determines that a property or portion of property is categorized incorrectly, in which case the comptroller may move the value of the property into the correct category. The comptroller's decision to re-categorize property may be the subject of a protest provided by Government Code, §403.303.

At present, it appears that while the regulatory framework allows for such appeals, there is no reported case law illustrating how this process has been applied in practice.

Sincerely,

Tracy M. Turner

cc:    Ms. Karen L. Watkins (via e-service)
cc:    Ms. Caroline Tom (via e-service)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tracy Turner on behalf of Tracy Turner
Bar No. 24076743
Tracy@TexasPropertyTaxAttorneys.com
Envelope ID: 100498149
Filing Code Description: Letter
Filing Description: Exxon's Post Submission Brief
Status as of 5/6/2025 2:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 5/6/2025 1:51:52 PM | SENT |
| Karen Watkins | | karen.watkins@oag.texas.gov | 5/6/2025 1:51:52 PM | SENT |
| John Brusniak | | john@texaspropertytaxattorneys.com | 5/6/2025 1:51:52 PM | SENT |
| Tracy Turner | | tracy@texaspropertytaxattorneys.com | 5/6/2025 1:51:52 PM | SENT |
| Lauren Brusniak | | lauren@texaspropertytaxattorneys.com | 5/6/2025 1:51:52 PM | SENT |
| Kendal Carnley | | kendal@texaspropertytaxattorneys.com | 5/6/2025 1:51:52 PM | SENT |
| Caroline Tom | | ctom@olsonllp.com | 5/6/2025 1:51:52 PM | SENT |